No. 476.  FITZPATRICK *v.* NIERSTHEIMER, WARDEN. January 7, 1946.  Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.

No. 486.  BLACKBURN ET AL. *v.* OHIO.  January 7, 1946. Petition for writ of certiorari to the Supreme Court of Ohio denied.  *Mr. Robert L. Bobrick* for petitioners.

No. 652.  McALLISTER LIGHTERAGE LINE, INC. *v.* RIVAS, ADMINISTRATRIX.  January 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Russell Conwell Gay* for petitioner. *Mr. Asbury Hayne De Yampert* for respondent.

No. 633.  SLATTERY *v.* McDONALD, SHERIFF.  January 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  MR. JUSTICE BLACK is of the opinion that certiorari should be granted.  *Mr. Wm. Henry Gallagher* for petitioner. *Messrs. Kim Sigler, Victor C. Anderson* and *H. H. Warner* for respondent.

No. 277.  MILLER *v.* SANFORD, WARDEN.  January 14, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  Petitioner *pro se.* *Solicitor General McGrath, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 360.  HUNTER *v.* UNITED STATES.  January 14, 1946. Petition for writ of certiorari to the Circuit Court of Ap-